JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MICHAEL BALZARINI,<br><br>Petitioner,<br><br>v.<br><br>DEAN BORDERS, Warden,<br><br>Respondent. | Case No. 5:19-cv-01191-RGK-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Action Without Prejudice filed herewith,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 16, 2019

*(signature)*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE